HILLS & CO., Limited, v. HOOVER et al.

(Circuit Court, E. D. Pennsylvania. March 30, 1905.)

No. 12.

1. COPYRIGHT—PICTURES—"PRINTS."

Pictures printed in successive colors from metal plates from which parts have been cut out so as to leave portions of the print in relief are entitled to copyright as "prints," under the general enumeration of Rev. St. § 4956 [U. S. Comp. St. 1901, p. 3407], and are not within the proviso requiring chromos or lithographs to be printed from "drawings on stone made within the limits of the United States, or from transfers made therefrom," to be entitled to copyright.

[Ed. Note.—Matter subject to copyright, see note to Cleland v. Thayer, 58 C. C. A. 273.]

2. SAME—COPYRIGHT NOTICE.

A notice of copyright on a picture, reading: "Copyright 1902. Published by Hills & Co., Ltd., London, England"—is sufficient.

In Equity. Suit for infringement of copyright. On final hearing.

J. Martin Rommel, Benno Loewy, and Hector T. Fenton, for complainant.

W. Horace Hepburn, for respondent.

HOLLAND, District Judge. I am not convinced from the evidence in this case that the copies from which defendants had their alleged infringing copies made contained the word "published" in the notice of the plaintiff's copyright; but, even if the notice did contain the word "published," the defendants were not misled or deceived. It was a deliberate act on their part to copy the plaintiff's paintings, and they did it with ample and legal notice of the fact that the paintings were copyrighted by the plaintiff,

For the reasons given in the case of Hills & Co., Limited, v. Austrich (C. C.) 120 Fed. 862, a perpetual injunction and an accounting will be awarded, as prayed for.

Let a decree be drawn accordingly.